```
            IN THE UNITED STATES BANKRUPTCY COURT
             FOR THE NORTHERN DISTRICT OF ILLINOIS
                       EASTERN DIVISION

IN RE: JOHN A. & TERESA J. LAMBERT      )
                                        )
Wells Fargo Bank, N.A.,                 )
          Creditor,                     )
                                        )
    vs.                                 ) CASE NO. 09B29891
                                        ) JUDGE A. Benjamin Goldgar
JOHN A. & TERESA J. LAMBERT,            )
          Debtor                        )
```

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes Wells Fargo Bank, N.A., by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage cure, stating as follows:

1. The Debtor is due for the April 2011 contractual payment and all those thereafter.

2. The following is an itemization of the amounts due on the loan as of May 17, 2011:

   ```
   a. Attorney's Fees                              $   250.00
   b. Payments (4/11 & 5/11 – 2 @ $1,000.32)       $ 2,000.64
   c. Suspense                                     -$ 1,135.71
        Total                                      $ 1,114.93
   ```

If no challenge to foregoing is made by motion filed with the court and serviced on the undersigned and the trustee within thirty days of this notice Wells Fargo Bank, N.A. rights to collect these amounts will be unaffected.

```
                         Respectfully Submitted,
                         Wells Fargo Bank, N.A.

                         /s/Christopher M. Brown
                         Christopher M. Brown
                         ARDC#6271138
                         Pierce and Associates, P.C.
                         1 North Dearborn
                         Suite 1300
                         Chicago, Illinois 60602
```